_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 22, 2024

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-14385-mkn |
| DONALD SCOTT HERMAN, | Adversary Case No. 23-01153-mkn |
| Debtor. | Chapter 7 |
| DONALD SCOTT HERMAN; GRASS VALLEY HOLDINGS, LLP, a limited liability partnership, | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| Plaintiffs, | |
| v. | Hearing:<br>Date: April 3, 2024<br>Time: 9:30 a.m.<br>Place: Courtroom 2 |
| SERVIS ONE, INC., d/b/a/ BSI FINANCIAL SERVICES, a Corporation; MTC FINANCIAL INC., d/b/a/ TRUTEE CORPS., a Corporation; MORGAN STANLEY DEAN WITTER CREDIT CORPORATION, a Corporation; and EAGLE NEST TRUST #10530; TRINITY CAPITAL LLC., a Limited Liability Company, | |
| Defendants. | |

Defendant Servis One, Inc. d/b/a BSI Financial Services ("BSI") Motion to Dismiss came on for hearing in the above-entitled Court on April 3, 2024.

THE COURT having reviewed the pleadings of record and considered argument of counsel, relating to Defendant Servis One, Inc. d/b/a BSI Financial Services' Motion to Dismiss, rules as follows.

The Debtor listed himself as the sole owner of GRASS VALLEY HOLDINGS, LLC., in his schedule A/B but this business entity has never owned the property located at 10530 Eagle Nest Street, Las Vegas, Nevada 89141. ("Subject Property").

The Debtor purports to own co-Plaintiff GRASS VALLEY HOLDINGS, LLP., but did not list this business entity in his schedule A/B, and it also has never owned the Subject Property.

The Debtor purports to own GRASS VALLEY HOLDING, LP., but did not list this business entity in his schedule A/B, which entity owned the Subject Property at the time of the foreclosure on October 6, 2023.

There has never been a legal determination that the Debtor is the "alter ego" of any of the above business entities and thus, the Subject Property is not property of the estate, pursuant to 11 U.S.C. § 541(a) and was not entitled to protection of the automatic stay 11 U.S.C. § 362(a) when the foreclosure took place.

Additional findings of the Court were made on the record and incorporated herein by reference.

WHEREFORE, the Defendant's Motion to Dismiss is granted, and this matter is dismissed with prejudice.

Approved as to form and content:

MALCOLM ♦ CISNEROS, A Law Corporation

*/s/ Nathan F. Smith*
NATHAN F. SMITH
*Attorneys for Servis One, Inc. d/b/a BSI Financial Services*

Approved as to form and content:

*/s/ Michael J. Harker*
MICHAEL J. HARKER
*Attorney for Donald Scott Herman*

In accordance with Local Rule 9021, the undersigned certifies:

I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has approved the form of this order.

///